UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:17-CR-66-TBR

**UNITED STATES OF AMERICA,**                                                              **PLAINTIFF**

**v.**

**DAVID GREENWELL,**                                                                      **DEFENDANT**

## MEMORADUM OPINION AND ORDER

This matter is before the Court on the United States' motion *in limine* to exclude evidence of the Defendant's non-pertinent character traits and prior good conduct. [R. 55]. Defendant Greenwell has responded [R. 60] and no reply is necessary. For the following reasons, the United States' motion is **DENIED**.

## DISCUSSION

The United States filed its motion *in limine* to exclude any evidence of Greenwell's non-pertinent traits of character and prior instances of good conduct, except reputation or opinion evidence offered by character witnesses strictly in accord with the limitations of Federal Rule of Evidence 405(a). In other words, the United States moves the Court to enforce the Federal Rules of Evidence at trial.

The Court will enforce the Federal Rules of Evidence at Trial. If the Defendant offers evidence at trial that the United States believes violates the Rules, then they may object, and the Court will fulfill its duty by enforcing the Rules. For the foregoing reasons, the United States' motion is **DENIED**.

**ORDER**

**IT IS HEREBY ORDERED,** the United States' motion *in limine* to exclude evidence of the Defendant's non-pertinent character traits and prior good conduct [R. 55] is **DENIED**, as those evidentiary issues will be addressed at trial.

**IT IS SO ORDERED.**

**Thomas B. Russell, Senior Judge**
**United States District Court**

November 1, 2018

cc: Counsel of Record